Matthew Elkan, DC Bar No. 413161
melkan@cftc.gov
Patrick Pericak DC Bar No. 503329
Daniel C. Jordan, VA Bar No. 36382
U.S. Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5398 (Elkan)
Facsimile: (202) 418-5531

Attorneys for Plaintiff, United States
Commodity Futures Trading Commission

UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> HIGHLANDS CAPITAL MANAGEMENT, L.P., a California limited partnership; and GLENN KANE JACKSON, an individual, <br><br> Defendants. | Civil Action No. <br> CV 10-2654 <br> UNDER SEAL |

### TRANSFER ORDER

On June 17, 2010, this Court issued an Order Granting Plaintiff's Ex Parte Emergency Motion For Statutory Restraining Order, Order To Show Cause Regarding Further Relief ("June 17, 2010 Order"). Among other things the Order requires defendants

TRANSFER ORDER - 1

to appear before this Court on the **23d day of June, 2010, at 11:00, a.m.,** before the Honorable Samuel Conti at the United States Courthouse for the Northern District of California, San Francisco Division, **Courtroom 1 (seventeenth floor),** to show cause, if there be any, why the relief granted in the June 17, 2010 Order should not be continued and why the further relief requested by the CFTC in its *Ex Parte* Emergency Motion For Statutory Restraining Order, Order to Show Cause Regarding Preliminary Injunction, Preliminary Injunction, And Other Equitable Relief should not be granted.

Defendant Glenn Kane Jackson ("Jackson") is currently incarcerated at the Douglas County Sheriff's Department in Douglas County Nevada, and will be transferred to the Marin County Sheriff's Department in Marin County, California, no later than Tuesday June 22, 2010.

Accordingly,

**IT IS HEREBY ORDERED:**

That on or before Tuesday June 22, 2010, the Marin County Sheriff's Department shall transfer custody of Jackson to the United States Marshal Service, and the United States Marshal Service shall transport Jackson to the United States District Court House for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California, where Jackson shall appear before this Court on the

TRANSFER ORDER - 2

**23d day of June, 2010, at 11:00 a.m.,** before the Honorable Samuel Conti, **Courtroom 1 (seventeenth floor),** to show cause, if there be any, why the relief granted in the June 17, 2010 Order should not be continued and why the further relief requested by the CFTC in its *Ex Parte* Emergency Motion For Statutory Restraining Order, Order to Show Cause Regarding Preliminary Injunction, Preliminary Injunction, And Other Equitable Relief should not be granted.

Immediately following the June 23, 2010, 11:00 a.m. hearing the United States Marshal Service shall transport Jackson the Marin County Sheriff's Department and transfer custody of Jackson to the Marin County Sheriff's Department.

**IT IS SO ORDERED,** at San Francisco, California, on the 17th day of June, 2010, at 10:10 a.m.

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

TRANSFER ORDER - 3