IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>HIGHLANDS CAPITAL MANAGEMENT, L.P., a California limited partnership, and GLENN KANE JACKSON, an individual,<br><br>    Defendants. | Case No. 10-2654 SC<br><br>ORDER SANCTIONING MARIN COUNTY SHERIFF'S OFFICE |

On June 30, 2010, this Court issued a Writ of Habeas Corpus Ad Testificandum ("the Writ") ordering the Marin County Sheriff's Department to transport Glenn Kane Jackson ("Jackson") from the Marin County Jail to the United States Courthouse in San Francisco so Jackson could be present for a Status Conference. The Marin County Sheriff's Department failed to comply with the Writ, necessitating the U.S. Marshals Service to transport Jackson. Docket No. 17 ("Status Conference Minutes"). The Court instructed the Marshals Service to submit to the Court a bill for the transport of Jackson, and announced it would issue an Order Sanctioning the Sheriff's Office for not complying with the Writ. Id. The Marshals Service has submitted a bill for $242.00 for the cost of transporting Jackson. The Court hereby ORDERS the Marin

1  County Sheriff's Office to pay the United States Marshals Service
2  the amount of Two Hundred Forty-Two Dollars ($242.00) as a sanction
3  for failure to comply with the Writ.  The Marshalls Service shall
4  serve this Order on the Marin County Sheriff's Office.

6  IT IS SO ORDERED.

8          Dated: August 2, 2010         
9                                        UNITED STATES DISTRICT JUDGE