Matthew Elkan, DC Bar No. 413161
melkan@cftc.gov
Patrick Pericak DC Bar No. 503329
Daniel C. Jordan, VA Bar No. 36382
U.S. Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5398 (Elkan)
Facsimile: (202) 418-5531

Attorneys for Plaintiff, United States
Commodity Futures Trading Commission

UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> HIGHLANDS CAPITAL MANAGEMENT, L.P., a California limited partnership, and GLENN KANE JACKSON, an individual, <br><br> Defendants. | Civil Action No. <br><br> 3:10-cv-02654-SC |

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To the Honorable Samuel Conti, United States District Judge of the United States District Court for the Northern District of California:

Petition for and Writ of Habeas Corpus - 1

1  The U.S. Commodity Futures Trading Commission respectfully
2  petitions the Court to issue a Writ of Habeas Corpus Ad
3  Testificandum for the prisoner Glenn Kane Jackson, whose place
4  of custody and jailor are set forth in the requested Writ,
5  attached hereto, and your petitioner avers that the prisoner is
6  required to appear in the above-entitled matter in this Court on
7  July 9, 2010, at 10:00 a.m., and therefore petitioner requests
8  that this Court issue the Writ as presented.
9  On June 17, 2010, this Court issued an <u>Order Granting
10 Plaintiff's Ex Parte Emergency Motion For Statutory Restraining
11 Order, Order To Show Cause Regarding Further Relief</u> ("<u>June 17,
12 2010 Order</u>").  Among other things the <u>June 17, 2010 Order</u>
13 required defendants to appear before this Court on June 23, 2010
14 to show cause, if there be any, why the relief granted in the
15 <u>June 17, 2010 Order</u> should not be continued and why the further
16 relief requested by the CFTC in its <u>Ex Parte</u> <u>Emergency Motion
17 For Statutory Restraining Order, Order to Show Cause Regarding
18 Preliminary Injunction, Preliminary Injunction, And Other
19 Equitable Relief</u> should not be granted.  On June 23, 2010, this
20 Court continued the hearing until July 9, 2010, at 10:00 a.m.
21 before the Honorable Samuel Conti at the United States
22 Courthouse for the Northern District of California, San
23 Francisco Division, Courtroom 1 (seventeenth floor), and ordered
24 defendants to appear before this Court on that date to show
25 cause, if there be any, why the relief granted in the <u>June 17,
26 2010 Order</u> should not be continued and why the further relief
27 requested by the CFTC in its <u>Ex Parte</u> Emergency Motion For
28 <u>Statutory Restraining Order, Order to Show Cause Regarding

**Petition for and Writ of Habeas Corpus - 2**

<u>Preliminary Injuction, Preliminary Injuction, And Other Equitable Relief</u> should not be granted.

Defendant Glenn Kane Jackson is currently incarcerated at the Marin County Jail in Marin County, California.

Should the Court issue this Order, representatives of the Marin County Sheriff's Department are instructed to transport Glenn Kane Jackson from the Marin County Jail on or about July 9, 2010, then coordinate with the United States Marshals Service for access to the U.S. Courthouse/Federal Building, 450 Golden Gate Ave., 20th Floor, San Francisco, CA 94102.

Respectfully submitted,

ATTORNEY FOR PLAINTIFF
U.S. COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1151 21st Street NW
Washington, DC 20581
(202) 418-5000 (main)
(202) 418-5531 (fax)

/s/ Matthew Elkan
Matthew Elkan
DC Bar No. 413161
(202) 418-5398 (direct)
melkan@cftc.gov

IT IS SO ORDERED.

DATED: June 30, 2010

UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

**Petition for and Writ of Habeas Corpus - 3**

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Sheriff, Marin County, California, 3501 Civic Center Drive #145, San Rafael, CA 94903; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the Marin County Jail.

### GREETINGS

WE COMMAND that on July 9, 2010, you have and produce the body of Glenn Kane Jackson, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of Judge Samuel Conti, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so Glenn Kane Jackson may then and there appear for a hearing in the above-captioned case at 10:00 a.m. on July 9, 2010.

WITNESS the Honorable Judge Samuel Conti, United States District Judge of the United States District Court for the Northern District of California.

DATED: June 30, 2010            CLERK
                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA


                                _____
                                DEPUTY CLERK

Petition for and Writ of Habeas Corpus - 4

<em>Case 3:10-cv-02654-SC Document 20 Filed 08/04/10 Page 5 of 5</em>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2010, I electronically filed the foregoing:

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

with the Clerk of the Court using the CM/ECF filing system as well sending copies via UPS overnight delivery (1Z A47 96A 22 1001 7992 (Jackson) and 1Z A47 96A 22 1000 0553 (Highlands Capital Management)) to the Defendants as follows:

Glenn Kane Jackson, P00193372
c/o Marin County Jail
3501 Civic Center Drive
San Rafael, CA 94903-4167

Gina McGee, P00193371
Registered Agent
Highlands Capital Management
c/o Marin County Jail
3501 Civic Center Drive
San Rafael, CA 94903-4167

/s/ Matthew Elkan
Matthew Elkan
DC Bar No. 413161
(202) 418-5398 (direct)
melkan@cftc.gov

<em>Petition for and Writ of Habeas Corpus - 5</em>