Matthew Elkan, DC Bar No. 413161
melkan@cftc.gov
Patrick Pericak DC Bar No. 503329
Daniel C. Jordan, VA Bar No. 36382
U.S. Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5398 (Elkan)
Facsimile: (202) 418-5531

Attorneys for Plaintiff, United States
Commodity Futures Trading Commission

UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | Civil Action No. |
| v. | 3:10-cv-02654-SC |
| HIGHLANDS CAPITAL MANAGEMENT, L.P., a California limited partnership, and GLENN KANE JACKSON, an individual, | |
| Defendants. | |

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To the Honorable Samuel Conti, United States District Judge of the United States District Court for the Northern District of California:

Petition for and Writ of Habeas Corpus - 1

The U.S. Commodity Futures Trading Commission respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Testificandum for the prisoner Glenn Kane Jackson, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matter in this Court on August 13, 2010, at 10:00 a.m., and therefore petitioner requests that this Court issue the Writ as presented.

On June 17, 2010, this Court issued an <u>Order Granting Plaintiff's Ex Parte Emergency Motion For Statutory Restraining Order, Order To Show Cause Regarding Further Relief</u> ("<u>June 17, 2010 Order</u>"). Among other things the <u>June 17, 2010 Order</u> required defendants to appear before this Court on June 23, 2010 to show cause, if there be any, why the relief granted in the <u>June 17, 2010 Order</u> should not be continued and why the further relief requested by the CFTC in its *Ex Parte* Emergency Motion For Statutory Restraining Order, Order to Show Cause Regarding Preliminary Injunction, Preliminary Injunction, And Other Equitable Relief should not be granted. On June 23, 2010, this Court continued the hearing until July 9, 2010, at 10:00 a.m. before the Honorable Samuel Conti at the United States Courthouse for the Northern District of California, San Francisco Division, Courtroom 1 (seventeenth floor), and ordered defendants to appear before this Court on that date to show cause, if there be any, why the relief granted in the <u>June 17, 2010 Order</u> should not be continued and why the further relief requested by the CFTC in its *Ex Parte* Emergency Motion For Statutory Restraining Order, Order to Show Cause Regarding

**Petition for and Writ of Habeas Corpus - 2**

<u>Preliminary Injunction, Preliminary Injunction, And Other Equitable Relief</u> should not be granted. On July 9, 2010, this Court continued the hearing until August 13, 2010, at 10:00 a.m. before the Honorable Samuel Conti at the United States Courthouse for the Northern District of California, San Francisco Division, Courtroom 1 (seventeenth floor) and ordered defendants to appear before this Court on that date.

Defendant Glenn Kane Jackson is currently incarcerated at the Marin County Jail in Marin County, California.

Should the Court issue this Order, representatives of the Marin County Sheriff's Department are instructed to transport Glenn Kane Jackson from the Marin County Jail on or about August

13, 2010, then coordinate with the United States Marshals Service for access to the U.S. Courthouse/Federal Building, 450 Golden Gate Ave., 20th Floor, San Francisco, CA 94102.

        Respectfully submitted,

        ATTORNEY FOR PLAINTIFF
        U.S. COMMODITY FUTURES TRADING COMMISSION
        Three Lafayette Centre
        1151 21st Street NW
        Washington, DC 20581
        (202) 418-5000 (main)
        (202) 418-5531 (fax)


        */s/ Matthew Elkan*
        Matthew Elkan
        DC Bar No. 413161
        (202) 418-5398 (direct)
        melkan@cftc.gov


IT IS SO ORDERED.

DATED: ____8/4____, 2010

        _____
        UNITED STATES DISTRICT JUDGE
        NORTHERN DISTRICT OF CALIFORNIA

**Petition for and Writ of Habeas Corpus - 4**

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Sheriff, Marin County, California, 3501 Civic Center Drive #145, San Rafael, CA 94903; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the Marin County Jail.

**GREETINGS**

WE COMMAND that on August 13, 2010, you have and produce the body of Glenn Kane Jackson, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of Judge Samuel Conti, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so Glenn Kane Jackson may then and there appear for a hearing in the above-captioned case at 10:00 a.m. on August 13, 2010.

WITNESS the Honorable Judge Susan Illston, United States District Judge of the United States District Court for the Northern District of California.

DATED: _August 4_, 2010      CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

**Petition for and Writ of Habeas Corpus - 5**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2010, I electronically filed the foregoing:

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

with the Clerk of the Court using the CM/ECF filing system as well sending copies via UPS overnight delivery (1Z A47 96A 22 1003 8479 (Jackson) and 1Z A47 96A 22 1003 8488 (Highlands Capital Management)) to the Defendants as follows:

Glenn Kane Jackson, P00193372
c/o Marin County Jail
3501 Civic Center Drive
San Rafael, CA 94903-4167

Gina McGee, P00193371
Registered Agent
Highlands Capital Management
c/o Marin County Jail
3501 Civic Center Drive
San Rafael, CA 94903-4167

/s/ Matthew Elkan
Matthew Elkan
DC Bar No. 413161
(202) 418-5398 (direct)
melkan@cftc.gov