IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

vs.

HIGHLANDS CAPITAL MANAGEMENT, L.P., a California limited partnership; and GLENN KANE JACKSON, an individual,

Defendants.

Case No. 10-2654 SC

ORDER CONTINUING HEARING

On June 17, 2010, the United States Commodity Futures Trading Commission ("CFTC" or "Plaintiff") filed a Complaint against Highland Capital Management, L.P., and Glenn Kane Jackson ("Mr. Jackson") (collectively, "Defendants"), alleging violations of the Commodity Exchange Act. ECF No. 1 ("Compl."). On the same day, the Court granted Plaintiff's request for a Statutory Restraining Order, restraining Defendants from withdrawing, transferring, dissipating or disposing of their assets; directing financial institutions to prohibit Defendants from doing so; and requiring Defendants to maintain all business records. ECF No. 8 ("June 17, 2010 Order").

The Court also issued an order to show cause why the further relief requested in Plaintiff's Ex Parte Emergency Motion should not be granted. Among other requests for further relief, Plaintiff

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

seeks expedited discovery, including the ability to depose Defendants and non-parties, an accounting of all Defendants' assets, Plaintiff wants Defendants to sign a Consent to Release of Financial Records, and Plaintiff wants to be able to inspect and copy Defendants' books, records, and other documents. See ECF 23 ("Proposed Order of Preliminary Injunction").

It is the Court's understanding that Mr. Jackson remains in custody in Marin County, that he is not represented by an attorney in this case, and that there are criminal proceedings pending against him. Under these circumstances, the Court continues the show-cause hearing so that Mr. Jackson has an opportunity to obtain counsel to represent him at the hearing. The show-cause hearing is continued until Friday, September 3, 2010, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The relief granted in the Court's June 17, 2010 Order remains in effect until the September 3, 2010 show-cause hearing.

///

///

///

///

///

///

///

///

///

///

///

United States District Court
For the Northern District of California

The Court ORDERS Plaintiff to notify the Marin County Sheriff's Department that Mr. Jackson should NOT be transported from the Marin County Jail to the Federal Courthouse on August 13, 2010. The Court ORDERS Plaintiff to serve this Order on Defendants and on the Marin County Sheriff's Department, and file a proof of service with the Court within five (5) days of this Order. If Mr. Jackson is still in custody, Plaintiff should petition the Court to issue a Writ of Habeas Corpus Ad Testificandum at least seven (7) days prior to September 3, 2010, to ensure Mr. Jackson's presence at the show-cause hearing.

IT IS SO ORDERED.

Dated: August 10, 2010



UNITED STATES DISTRICT JUDGE