IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

  v.

HIGHLANDS CAPITAL MANAGEMENT, L.P. and GLENN KANE JACKSON,

    Defendants.

Case No. C 10-2654 SC

ORDER EXTENDING STAY

On April 19, 2013, Plaintiff United States Commodity Futures Trading Commission ("Plaintiff") filed a motion to vacate the stay in its action against Highlands Capital Management, L.P. and Glenn Kane Jackson (collectively "Defendants"). That motion was fully briefed, ECF Nos. 44 ("Opp'n"), 46 ("Reply"), but the Court continued the matter until after Defendant Jackson had been sentenced in a related criminal matter.

Mr. Jackson was sentenced to several months of jail time on July 29, and he anticipates being released on November 28. ECF No. 52 ("Jackson Ltr."). He requests that the Court extend the stay in

1  this matter until his release. Id. Plaintiff does not oppose this
2  extension, but it asks that the stay not remain in place after
3  December 2. ECF No. 53 ("Stmt. of Non-Opp'n").
4      The Court GRANTS Defendants' request and EXTENDS the stay in
5  this matter to November 28, 2013, or until Plaintiff or Defendant
6  files proper notice of Mr. Jackson's release from prison, whichever
7  is earliest.

9      IT IS SO ORDERED.

11     Dated: August 15, 2013
12                                     UNITED STATES DISTRICT JUDGE