IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

  v.

HIGHLANDS CAPITAL MANAGEMENT, L.P. and GLENN KANE JACKSON,

    Defendants.

Case No. C 10-2654 SC

<u>JUDGMENT</u>

Pursuant to the terms of the Consent Order for Permanent Injunction and Other Equitable Relief, ECF No. 62, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff United States Commodity Futures Trading Commission and against Defendants Highlands Capital Management, L.P. and Glenn Kane Jackson.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: December 3, 2014

                                    UNITED STATES DISTRICT JUDGE